# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-50596
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 19, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JEREMIAH TAVAREZ RAMON,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:15-CR-204-2

Before DENNIS, GRAVES, and COSTA, Circuit Judges.

PER CURIAM:[*]

Jeremiah Tavarez Ramon, federal prisoner # 57879-380, moves this court to proceed in forma pauperis (IFP) on appeal from the denial of his motion for judicial notice and petition for official criminal charges that he filed in his 28 U.S.C. § 2255 proceedings. By moving to proceed IFP, Ramon challenges the district court's certification that his appeal is not taken in good faith. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997). As we do not have

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-50596

jurisdiction to review the interlocutory order denying Ramon's motion for judicial notice and petition for official criminal charges, *see Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993), his appeal is DISMISSED FOR LACK OF JURISDICTION. His motion to proceed IFP on appeal is DENIED.